FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEJIA and ROSA MEJIA, | CV 09-5476-SVW (FFMx) |
| Plaintiffs, | |
| v. | |
| COUNTY OF SAN BERNARDINO; JOSIE GONZALES as Supervisor; RUTH E. STRINGER as COUNTY COUNSEL; PAYMON Z. BIDARI as Deputy County Counsel; S. MARK STRAIN as Deputy County Counsel; ROD HOOPS as Sheriff-Coroner; MICHAEL RAMOS as District Attorney; SAN BERNARDINO ANIMAL CONTROL DEPARTMENT; SAN BERNARDINO COUNTY FIRE DEPARTMENT; MS. IGLESIAS as Fire Department Inspector; DEP. RUSSEL GOINES, in his official and individual capacity as Sheriff's Deputy; DEP. JOSH GUERRY, in his official and individual capacity as Sheriff's Deputy; DEP. COREY REVELES, in his official and individual capacity as Sheriff's Deputy; DEP. FINIZIA BARBERI, in her official and individual capacity as Sheriff's Deputy; DEP. DOMINIC MORENO, in his official and individual capacity as Sheriff's Deputy; DEP. OSWALDO RODRIGUEZ, in his official and individual capacity as Sheriff's Deputy; DEP. DANIEL ARMENTA, in his official and individual capacity as Sheriff's Deputy; | FINAL JUDGMENT<br><br>[JS-6] |

|   |   |   |
|---|---|---|
| 1 | SGT. MARGUERITE FINNERAN, in her official and individual | ) |
| 2 | capacity as Sheriff's Deputy; and DOES 1-10, inclusive, | ) ) |
| 3 |  | ) |
| 4 | Defendants. | ) ) |

In accordance with the Summary Judgment Orders entered on the docket on October 30, 2009, March, 5, 2010, and June 10, 2010, it is ORDERED, ADJUDGED, AND DECREED that:

1) JUDGMENT IS HEREBY ENTERED in favor of Defendants County of San Bernardino, Josie Gonzales, Ruth E. Stringer, Paymon Z. Bidari, S. Mark Strain, Rod Hoops, Michael Ramos, San Bernardino Animal Control Department, San Bernardino County Fire Department, Catherine Iglesias, Russel Goines, Josh Guerry, Corey Reveles, Finizia Barberi, Dominic Moreno, Oswaldo Rodriguez, Daniel Armenta, and Marguerite Finneran, in their individual and official capacities.

2) Defendants are NOT LIABLE on all claims and causes of action brought by Plaintiffs Jorge Mejia and Rosa Mejia in the Complaint filed on July 27, 2009, the First Amended Complaint filed on November 13, 2009, and the Second Amended Complaint filed on December 29, 2009.

3) Plaintiffs Jorge Mejia and Rosa Mejia shall take nothing in this case.

4) Defendants are the prevailing party in this action and, pursuant to Fed. R. Civ. P. 54(d), Local Rule 54, and applicable statutes, Defendants shall recover their costs in this action in an amount to be determined in accordance with Local Rule 54.

IT IS SO ORDERED.

DATED: 6/21/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE